# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  08-cv-02813-REB-CBS

JOSEPH T. MECCA,

    Plaintiff,

v.

USA,
MICHAEL J. STARKEY,
JOHN A. JOHNSON,
JAMES TERRIO,
JACK MARKUSFELD, and
JOHN CHO,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the **Joint Motion To Stay Briefing on Motions To Dismiss** [#43], filed June 5, 2009.  The motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

    1.  That if plaintiff's Amended Complaint is accepted by the court, the served defendants will file an answer or other response to the Amended Complaint by **June 18, 2009**, and the **United States of America's Motion To Dismiss** [#33] filed May 7, 2009, shall be denied as moot; or

    2.  That if the Amended Complaint is not accepted by the court, then defendant United States' reply in support of its motion to dismiss and plaintiff's response to the motion to dismiss by defendants Starkey, Terrio, and Cho, shall be due within ten (10) days after the court's order.

    Dated:  June 5, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.