IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02813 -REB-CBS

JOSEPH T. MECCA,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
MICHAEL J. STARKEY,
JOHN A. JOHNSON,
JAMES TERRIO,
JACK MARKUSFELD, and
JOHN CHO,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint *(doc. # 41)* is GRANTED. Plaintiff's First Amended Complaint *(doc no. 40)*, prematurely filed with the court on June 4, 2009, is accepted for filing as of the date of this order.

    For future filings, counsel is instructed to include proposed amendment(s), order(s), etc. as an "attachment" to the motion, not a separate filing.

**DATED:**    June 8, 2009