**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-02813-REB-CBS

JOSEPH T. MECCA,

    Plaintiff,

v.

USA,
MICHAEL J. STARKEY,
JOHN A. JOHNSON,
JAMES TERRIO,
JACK MARKUSFELD, and
JOHN CHO,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the **United States of America's Motion To Dismiss** [#33] filed May 7, 2009. The motion is **DENIED** as moot and without prejudice, with leave to re-file in light of the plaintiff's **First Amended Complaint** [#47] having been filed June 8, 2009.

    Dated: June 10, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.