IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02813-REB-CBS

JOSEPH T. MECCA,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
MICHAEL J. STARKEY,
JOHN A. JOHNSON,
JAMES TERRIO,
JACK MARKUSFELD, and
JOHN CHO,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Response to Motion To Dismiss By Defendants Johnson, Starkey, Terrio, and Cho (*doc. # 59)* is GRANTED. Plaintiff's tendered "Amended Response" (*doc. # 59-2)* to the Motion to Dismiss (doc. no. 52) is accepted for filing, *nuc pro tunc*, to July 15, 2009.

**DATED:**    September 14, 2009