IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02813-REB-CBS

JOSEPH T. MECCA,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,
MICHAEL J. STARKEY,
JOHN A. JOHNSON,
JAMES TERRIO,
JACK MARKUSFELD, and
JOHN CHO,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion for Entry of Protective Order (doc #[72]) is **GRANTED.**  The Protective Order (doc #[72-2]) is accepted by the court.

    The parties are reminded that they will be required to comply fully with all provisions of D.C.Colo.L.CivR.72.2, and particularly those provisions dealing with filing of documents under seal.

**DATED:**    **November 12, 2009**